**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 10-cr-00278-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TREY FRIEDMANN,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition was filed in the above matter on June 8, 2010. At that time, this matter was scheduled for a Change of Plea Hearing on September 16, 2010. The Court then continued the Change of Plea Hearing based upon Defendant's Request for Continuance (doc. #10).

IT IS ORDERED THAT the Change of Plea hearing is now set for **November 3, 2010, at 3:00 p.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than noon on October 29, 2010.** If these documents are not timely submitted, the hearing will be vacated. **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom at the time of the hearing (***see*** D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and**

**they will only be accepted in certain circumstances.** In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

DATED: September 20, 2010.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge